IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS CAVAZOS AND ANA CAVAZOS<br>　　　Plaintiffs,<br><br>v.<br><br>WELLINGTON RISK INSURANCE<br>AGENCY, INC., et al.,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:15-CV-191<br><br>JURY DEMANDED |

## PLAINTIFFS' STIPULATION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Jesus and Ana Cavazos, Plaintiffs herein, and moves to dismiss, with prejudice, all of Plaintiffs' claims against Defendant, WELLINGTON RISK INSURANCE AGENCY, INC., that Plaintiffs take nothing in this cause, and that Defendant be RELEASED, ACQUITTED and DISCHARGED of any and all liability herein, for the reason that all matters in controversy and dispute have been fully and finally compromised and settled between the parties.

Plaintiffs further move the Court to tax all costs herein against the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this motion in all things be granted.

Respectfully submitted,

By: /s/ Scott G. Hunziker
     **Bill L. Voss**
     State Bar No. 24047043
     **Scott G. Hunziker**
     State Bar No. 24032466
     Southern District No. 38752

THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone:  (713) 861-0015
Facsimile:  (713) 861-0021
Email: scott@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of December, 2016, I electronically filed the foregoing with the Clerk of Court using an Electronic Filing Service Provider and have served such filing on the following via the method indicated:

Wm. David Farmer
Curney Farmer House & Osuna, P.C.
411 Heimer Road
San Antonio, Texas 78232
Email: wdfarmer@cfholaw.com

*Attorney for Defendant*

/s/ Scott G. Hunziker
Scott G. Hunziker