IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JESUS CAVAZOS AND ANA CAVAZOS § | | |
|     Plaintiffs, § | | |
| § | CIVIL ACTION NO. 5:15-CV-191 | |
| v. § | | |
| § | JURY DEMANDED | |
| WELLINGTON RISK INSURANCE § | | |
| AGENCY, INC., et al., § | | |
|     Defendant. § | | |

### AGREED ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

On this day came on to be heard and considered Plaintiffs' Stipulation to Dismiss with Prejudice in the above-styled and numbered cause. The Court, having considered said stipulation, after reviewing the file and after being advised that all parties are in agreement as to the disposition of the above-referenced matter, is of the opinion that the stipulation should be granted. It is therefore:

ORDERED, ADJUDGED and DECREED that all of Plaintiffs Jesus and Ana Cavazos' claims against Defendant, are hereby DISMISSED WITH PREJUDICE to refiling. It is further,

ORDERED, ADJUDGED and DECREED that Plaintiff take nothing against Defendant, and that Defendant is hereby RELEASED, ACQUITTED and DISCHARGED of any and all liability to Plaintiff. It is further,

ORDERED, ADJUDGED and DECREED that all costs herein be taxed against the party incurring same.

All other relief not expressly granted herein is DENIED. This is a final appealable judgment.

SIGNED on this the _____ day of _____, 2016.

                                                        _____
                                                        JUDGE PRESIDING

**APPROVED AS TO FORM AND CONTENT:**

By:  */s/ Scott G. Hunziker*
       **Bill L. Voss**
       State Bar No. 24047043
       **Scott G. Hunziker**
       State Bar No. 24032446
       Southern District No. 38752

THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
Telephone:   (713) 861-0015
Facsimile:     (713) 861-0021
Email: scott@vosslawfirm.com

**ATTORNEYS FOR PLAINTIFFS**


By:  */s/ Wm. David Farmer*
       **William David Farmer**
       State Bar No. 06826470

CURNEY, FARMER, HOUSE & OSUNA, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Telephone: (210) 377-1990
Facsimile: (210) 377-1065
Email: wdfarmer@cfholaw.com

**ATTORNEYS FOR DEFENDANT**